UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| OLEGNA FUSCHI,<br><br>          Appellant,<br><br>     -v-<br><br>THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A.,<br><br>          Appellee. | 22-cv-332 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

   The Court will grant a one-week extension for appellant to file her reply brief. Appellant's reply brief is now due Tuesday, January 16, 2024. No further extensions will be granted under any circumstances.

   SO ORDERED.

New York, NY
January 8, 2024

                              _____
                              JED S. RAKOFF, U.S.D.J.

1