**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

OLEGNA FUSCHI,

                Appellant,

-against-                                                                                 22 **CIVIL** 0332 (JSR)

                                              **JUDGMENT**

THE BANK OF NEW YORK MELLON TRUST
COMPANY, N.A.,

                Appellee.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 27, 2024, the Court affirms the order of the bankruptcy court. Accordingly, the case is closed.

**Dated:** New York, New York

        September 27, 2024

                                                    **DANIEL ORTIZ**
                                          **Acting Clerk of Court**

                           **BY:** _____

                                                  **Deputy Clerk**